AO 455(Rev. 5/85) Waiver of Indictment

FILED
APR 1 7 2008

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| SERGIO AVINA-RAMIREZ | CASE NUMBER: 08CR1209-BTM |

I, SERGIO AVINA-RAMIREZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/17/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*[signature]*
Defendant

*[signature]* Donald Nunn
Counsel for Defendant

Before *[signature]*
JUDICIAL OFFICER